FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 DEC 15  PM 4:11

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HECTOR MEDINA | * | CIVIL ACTION |
| v. | * | NUMBER: 06-4495 |
| R. DAVID PAULISON, DIRECTOR, | * | SECTION: "K" (2) |
| FEDERAL EMERGENCY | | |
| MANAGEMENT AGENCY | * | |
| | * * * | |

## O R D E R

Considering the foregoing Joint Motion to Stay Proceedings and Administratively Close Case,

**IT IS HEREBY ORDERED** that this matter be stayed pending the disposition of Plaintiff's administrative flood claim.

**IT IS FURTHER ORDERED** that this matter be administratively closed pending the outcome of Plaintiff's flood claim.

**SIGNED IN CHAMBERS**, New Orleans, Louisiana, this _____15th_____ day of November, 2006.

STANWOOD R. DUVAL, JR.
**UNITED STATES DISTRICT JUDGE**

___ Fee_____
___ Process_____
X Dktd_____
___ CtRmDep_____
___ Doc. No_____